# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SELENA DUNSON, | : | |
| Plaintiff, | : | Case No.  3:08CV202 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| KODAK CO., | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 9, 2008 (Doc. #15) is ADOPTED in full;

2. Defendants' Motion for Partial Dismissal (Doc. #10) is GRANTED; and

3. Plaintiff's Second Cause of Action (Negligent Infliction of Emotional Distress) and Plaintiff's claims against Isidre Rosello individually are DISMISSED in their entirety.

September 30, 2008                                    *S/THOMAS M. ROSE

                                                                   Thomas M. Rose
                                                            United States District Judge